Albert A. Sutton, plaintiff in error, v. Railway Mail Association, defendant in error. Gen. No. 32,630.

Opinion filed October 11, 1928. Rehearing denied October 23, 1928.

Chittick, Blankenship & Baltz, for plaintiff in error; Arthur C. J. Chittick, of counsel. Cohen, Tomas & Cohen, for defendant in error; George B. Cohen, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Illinois Merchants Trust Company, surviving trustee, appellant, v. Christ Nicolaedes, appellee. Gen. No. 32,641.

Opinion filed October 11, 1928.

McCulloch & McCulloch, for appellant; Grover C. McLaren and Hathorn W. McCulloch, of counsel. Charles L. Cohns, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Walter Gasscaw, appellee, v. Western Union Telegraph Company, appellant. Gen. No. 32,651.

Opinion filed October 11, 1928.

West & Eckhart, for appellant; Francis R. Stark, of counsel. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

J. D. Fulrath, trading as Fulrath Nash Sales, appellant, v. Chicago Nash Company, appellee. Gen. No. 32,663.

Opinion filed October 11, 1928. Rehearing denied October 23, 1928.

Harold L. Ickes, for appellant. Adler, Lederer & Kahn and Thomas B. Brown, for appellee.

Mr. Justice Barnes delivered the opinion of the court.